UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROLIANCE SURGEONS, INC., P.S., a Washington Professional Service Corporation, PROLIANCE SURGEONS, INC. P.S. EMPLOYEE HEALTH CARE PLAN, a Self-funded Plan, CHARLES A. PETERSON, II, NANCY E. LORUSSO, and SAMUEL J. PETERSON,<br><br>Plaintiffs,<br><br>v.<br><br>AIR TREK, INC., a Florida Corporation, AIR AMBULANCE BILLING, LLC, an Arizona Limited Liability Company,<br><br>Defendants. | CASE NO. 2:18-cv-00835-RSM<br><br>ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM DEADLINE TO ANSWER COMPLAINT AND INITIAL SCHEDULING DATES |

THIS MATTER came before the Court on the parties' Stipulated Motion for Relief from Deadline to Answer Complaint and Initial Scheduling Dates ("Motion"). The Court considered the Motion and, finding good cause for the requested extension of deadlines,

IT IS HEREBY ORDERED that the parties' Motion is GRANTED and the following deadlines are extended as set forth below:

1. Defendants' deadline for answering the Complaint is August 8, 2018;

ORDER GRANTING STIPULATED MOTION FOR
RELIEF FROM DEADLINE TO ANSWER COMPLAINT
AND INITIAL SCHEDULING DATES - 1
#1184098 v1 / 47709-004

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

2. The parties' deadline for conducting an FRCP 26(f) conference is August 16, 2018;

3. The parties' deadline for initial disclosures pursuant to FRCP 26(a)(1) is August 23, 2018; and

4. The parties' deadline to file their Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) is August 30, 2018.

DATED this 23rd day of July, 2018.

> RICARDO S. MARTINEZ
> CHIEF UNITED STATES DISTRICT JUDGE

Presented by:
KARR TUTTLE CAMPBELL

*/s/ Medora A. Marisseau*
*/s/ J. Derek Little*
Medora A. Marisseau, WSBA# 23114
J. Derek Little, WSBA #40560
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: 206-223-1313
Facsimile: 206-682-7100
Email: mmarisseau@karrtuttle.com
Email: dlittle@karrtuttle.com
*Attorneys for Plaintiffs*

ORDER GRANTING STIPULATED MOTION FOR
RELIEF FROM DEADLINE TO ANSWER COMPLAINT
AND INITIAL SCHEDULING DATES - 2
#1184098 v1 / 47709-004

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100