UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROLIANCE SURGEONS, INC., P.S., a Washington Professional Service Corporation, PROLIANCE SURGEONS, INC. P.S. EMPLOYEE HEALTH CARE PLAN, a Self-funded Plan, CHARLES A. PETERSON, II, NANCY E. LORUSSO, and SAMUEL J. PETERSON<br><br>Plaintiffs,<br><br>v.<br><br>AIR TREK, INC., a Florida Corporation, AIR AMBULANCE BILLING, LLC, an Arizona Limited Liability Company<br><br>Defendants. | CASE NO. 2:18-cv-00835-RSM<br><br>STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS AND PARTIES |

**STIPULATION**

All parties, by and through their undersigned counsel, hereby stipulate under Fed. R. Civ. P. 41(a)(1)(ii) that all claims and causes of action in this matter be dismissed with prejudice, with each party bearing its own attorney fees and costs.

/ / /

/ / /

STIPULATION AND ORDER OF DISMISSAL - 1
#1245407 v1 / 47709-004

DATED this 8th day of May, 2019.

| KARR TUTTLE CAMPBELL | GORDON TILDEN THOMAS & CORDELL LLP |
|---|---|
| *s/ Medora A. Marisseau* | *s/ John D. Cadagan* |
| *s/ J. Derek Little* | John D. Cadagan, WSBA #47996 |
| Medora A. Marisseau, WSBA #23114 | One Union Square |
| J. Derek Little, WSBA #40560 | 600 University Street Suite 2915 |
| 701 Fifth Avenue, Suite 3300 | Seattle, WA 98101 |
| Seattle, WA 98104 | Telephone: 206-467-6477 |
| Telephone: 206-223-1313 | Facsimile: 206-467-6292 |
| Facsimile: 206-682-7100 | Email: jcadagan@gordontilden.com |
| Email: mmarisseau@karrtuttle.com | *Attorneys for Defendants* |
| Email: dlittle@karrtuttle.com | |
| *Attorneys for Plaintiffs* | |

BUNTROCK HARRISON & GARDNER LAW, PLLC

*s/ Shane D. Buntrock*
Shane D. Buntrock
2158 North Gilbert Road, Suite 119
Mesa, Arizona 85203
Telephone: 480-664-7728
Facsimile: 480-668-3110
Email: shane@bhglaw.com
*Attorneys for Defendants*

| | |
|---|---|
| 1 | **ORDER OF DISMISSAL** |
| 2 | Pursuant to the stipulation of the parties under Fed. R. Civ. P. 41(a)(1)(ii), it is hereby |
| 3 | ORDERED that this matter be, and hereby is, dismissed with prejudice as to all claims, causes of |
| 4 | action and parties, with each party bearing its own attorney fees and costs. |
| 5 | DATED this 10th day of May, 2019. |

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE